IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JACK G. DONAHOO,

                        Petitioner,

      v.

ROBERT LAMPERT,

                    Respondent.

Civil No. 02-1512-HU

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION

**MOSMAN, Judge.**

On April 6, 2005, Magistrate Judge Hubel issued Findings and Recommendation

(doc. #50) in the above-captioned case DENYING petitioner's writ of habeas corpus. After a *de*

*novo* review, the court ADOPTS the magistrate's findings and recommendation without

modifications as the opinion of this court.

IT IS SO ORDERED.

DATED this 17 day of May, 2005.

MICHAEL W. MOSMAN
United States District Judge